UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CORNELIUS LORENZO WILLIAMS,                     Civil No.  12-2954 SRN/AJB

    Plaintiff,

    v.                                                                          O R D E R

Officer WALSKI, and
Officer TOM WILLIAMS,

    Defendants.

---

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Arthur J. Boylan dated December 12, 2012, all the files and records, and no objections having been filed to said Recommendation,

IT IS HEREBY ORDERED that:

All of Plaintiff's claims against Defendant Tom Williams are summarily dismissed pursuant to 28 U.S.C. § 1915A(b), and Tom Williams is dismissed from this action.

DATED: December 20, 2012.

                                          s/Susan Richard Nelson
                                          Susan Richard Nelson
                                          U. S. District Judge